[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-11795
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 30, 2010
JOHN LEY
CLERK

D.C. Docket No. 4:09-cr-00026-RH-WCS-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VINCENT VIDAL MITCHELL,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(December 30, 2010)

Before EDMONDSON, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Chet Kaufman, the Federal Public Defender assigned to represent Vincent

Mitchell in this direct criminal appeal, has moved to withdraw from further

representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mitchell's conviction and sentence are **AFFIRMED**.